## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CAPITOL RECORDS, INC., et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **8:07CV106** |
| vs. | ) | |
| | ) | **ORDER** |
| **SHANNON RHOADES, a/k/a/** | ) | |
| **SHANNON BARRETT,** | ) | |
| | ) | |
| **Defendant.** | ) | |

For good cause shown,

**IT IS ORDERED** that plaintiffs' motion to amend the case caption [7] is granted. The Clerk shall amend the caption of the case to reflect the named defendant as "Shannon Rhoades, a/k/a/ Shannon Barrett." All existing filings in this case are deemed to be so amended instanter.

**DATED June 6, 2007.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**